UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                   Plaintiff,<br><br>-against-<br><br>MARRIOT (VISTANA, SHERATON, ET AL.); MARRIOT OWNERSHIP RESORTS,<br><br>                   Defendants. | 24-CV-8097 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is appearing *pro se*, filed this complaint on October 22, 2024. Because the docket did not show that Plaintiff had either paid the fees required to bring this action or requested leave to proceed *in forma pauperis*, on November 7, 2024, the Court issued an order directing her to do so. (ECF 5.)[1]

    Plaintiff in fact had paid the $405 in fees when she submitted her complaint. The matter was assigned to Judge Halpern under docket number 24-CV-8027, but inexplicably, it was not opened on the docket until today. Because Plaintiff paid the fees, and the same complaint is pending before Judge Halpern, no useful purpose would be served by litigating this duplicate lawsuit. This complaint is dismissed without prejudice to Plaintiff's pending case under docket number 24-CV-8027.

## CONCLUSION

    The Court dismisses this complaint without prejudice to Plaintiff's pending case under docket number 24-CV-8027. Plaintiff is not required to respond to the Court November 7, 2024 order in this case.

---

[1] The Court also directed Plaintiff to file a motion to proceed anonymously.

The Clerk of Court is directed to enter judgment dismissing this complaint.

SO ORDERED.

Dated:   December 3, 2024
        New York, New York

                                           /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge