UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                          Plaintiff,<br><br>-against-<br><br>MARRIOT (VISTANA, SHERATON, ET AL.); MARRIOT OWNERSHIP RESORTS,<br><br>                         Defendants. | 24 **CIVIL** 8097 (LTS)<br><br>**CIVIL JUDGMENT** |

    For the reasons stated in the Court's Order of Dismissal dated December 3, 2024, this action is dismissed. The Court dismisses this complaint without prejudice to Plaintiffs pending case under docket number 24-CV-8027. Plaintiff is not required to respond to the Court November 7, 2024 order in this case.

**Dated:**  New York, New York

     December 9, 2024

                                                     **TAMMI M. HELLWIG**
                                                       Clerk of Court

**BY:**

                                                       **Deputy Clerk**